**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**UNITED STATES OF AMERICA**

**VS.**                                **4:10-CR-00063-01-BRW**

**ROBERT LASHAE SMITH**

## ORDER

Pending is the Petition for Summons for Offender Under Supervision (Doc. No. 36).  The

Clerk of the Court is directed to issue a summons for Defendant Robert Lashae Smith and a

hearing on the Motion is set for Tuesday, December 30, 2014 at 10:30 a.m., before the Honorable

Billy Roy Wilson, Richard Sheppard Arnold United States Courthouse, 500 West Capitol,

Courtroom #A401, Little Rock, Arkansas.  Kim Driggers, Assistant Federal Public Defender, is

appointed to represent Mr. Smith.

IT IS SO ORDERED this 28th day of October, 2014.


 /s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE