**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**UNITED STATES OF AMERICA**

**VS.**                                         **4:10-CR-00063-BRW**

**ROBERT LASHAE SMITH**

## ORDER

Defendant's Motion to Reduce Sentence (Doc. No. 49) is DENIED.

In the Motion, Defendant argues that the BOP is not running his federal sentence concurrently with his state sentence. Defendant was sentenced to 21 months in the BOP on December 30, 2014. The BOP's website indicates that Defendant is scheduled to be released from custody on July 9, 2016, which means he will serve about 19 months. Accordingly, it appears to me that the BOP ran the federal sentence concurrently, as directed.

IT IS SO ORDERED, this 17th day of November, 2015.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE